UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

APR 2 5 2019

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA )
                                                  ) Case No. 1:19-cr-134
            v.                                    )
                                                  )
CARLOS MANUEL MURCIA BRIZUELA,                    ) Count 1: 8 U.S.C. § 1326(a)
        a/k/a "Carlos Manuel Murcia-Berzula"      ) (Illegal Reentry after Deportation)
        a/k/a "Carlos Murcia"                     )
        a/k/a "Carlos Manuel Breizeuela"          )
        a/k/a "Carlos Manuel Brizuela Murcia"     )
        a/k/a "Jose Luis Brisuela"                )
                                                  )
        Defendant.                                )

**INDICTMENT**

April 2019 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

On or about February 2, 2019, in Fairfax, Virginia, within the Eastern District of Virginia,

the defendant, CARLOS MANUEL MURCIA BRIZUELA, an alien, was found in the United

States after having been removed from the United States on or about November 1, 2000, at or near

Houston, Texas, without having obtained the express consent of the Attorney General of the United

States and the Secretary of the Department of Homeland Security to reapply for admission to the

United States.

MADERA COUNTY
CLERK OF SUPERIOR COURT

MAY 2 2 2019

(In violation of Title 8, United States Code, Section 1326(a)).

A TRUE BILL

Pursuant to the E-Government Act,
The original of this page has been filed
under seal in the Clerk's Office

FOREPERSON


G. Zachary Terwilliger
United States Attorney

By:

S. Katie Sweeten
Special Assistant United States Attorney
John Gibbs
Assistant United States Attorney

2